United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br>Plaintiff,<br>v.<br>JOHN MACIAS<br>Defendant. | Case No. 5:26-cr-00438-EJD-1<br><br>**ORDER FOR RELEASE ON SEPTEMBER 24 AT 9 A.M.** |

On September 23, 2026, this matter came on for a re-opened detention hearing. AUSA Neal Hong appeared for the Government; CJA Counsel Bruce Funk appeared for the Defendant; Defendant John Macias was present and in-custody; Pretrial Services Officer Shafia Khanoon appeared as well.

Having considered the arguments of counsel at the previous detention hearings on August 25 and August 27, 2026, the subsequent filings by the Defendant and Pretrial Services, and the additional information presented at the September 23, 2026 hearing, for the reasons stated on the record, the Court **ORDERS the DEFENDANT RELEASED on SEPTEMBER 24, 2026 at 9:00 a.m.** to be driven by the Custodian of record directly to Newbridge Foundation at 2323 Hearst Ave, Berkeley, CA 94709. During the time of his release, Defendant is bound by all of the Conditions of Release set forth on record and in the bond form filed herewith.

**SO ORDERED.**

Dated: September 23, 2026

Susan van Keulen

SUSAN VAN KEULEN
United States Magistrate Judge