UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA,

Plaintiff,

v.

JOHN MACIAS,

Defendant.

Case No. 26-cr-00438-EJD-1 (SVK)

**ORDER AMENDING RELEASE ORDER TO TRINIDAD MACIAS RE: DKT. NO. 19**

The Release Order at Dkt. 19 directed release to the Custodian of Record. The Court is informed that the Custodian is in the hospital and unable to transport Defendant. Accordingly, the Court **ORDERS Defendant to be released to Trinidad Macias for direct transport to the Newbridge Foundation**.

**SO ORDERED.**

Dated: September 24, 2026

SUSAN VAN KEULEN
United States Magistrate Judge

United States District Court
Northern District of California