CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

NEAL C. HONG (ILBN 6309265)
Assistant United States Attorney

60 S. Market, Suite 1200
San Jose, California 95113
Telephone: (408) 535-5081
neal.hong@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN MACIAS,<br><br>Defendant. | Case No. 26-CR-00438-EJD<br><br>STIPULATION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND [~~PROPOSED~~] ORDER |

The parties appeared before the Court on September 10, 2026, for an initial appearance and arraignment. At the hearing, Defendant obtained new counsel and the parties requested that the Court set a status hearing for September 21, 2026. The Court granted the request.

Defense counsel has not received discovery. The Government intends on producing discovery to Defendant's new counsel. Accordingly, the parties stipulate and agree that excluding time until September 21, 2026, will allow for the effective preparation and continuity of counsel. See 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from September 10, 2026, to September 21, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A),

(B)(iv).

IT IS SO STIPULATED

CRAIG H. MISSAKIAN
United States Attorney

Dated: September 29, 2026

/s/ Neal Hong__________________
NEAL C. HONG
Assistant United States Attorney

/s/ Bruce Funk__________________
BRUCE FUNK
Counsel for Defendant

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, and for good cause shown, the Court hereby excludes time under the Speedy Trial Act from September 10, 2026, to September 21, 2026. The Court finds that failing to exclude the time from September 10, 2026, to September 21, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from September 10, 2026, to September 21, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from September 10, 2026, to September 21, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: September 29, 2026

Virginia K. DeMarchi

HON. VIRGINIA K. DEMARCHI
United States Magistrate Judge